Motion for extension granted. Case scheduled for phone conference on Friday, Feb 24th at 11:00 a.m.  Counsel/Parties shall contact chambers with contact phone number if other than what is on court's docket.
 s/ Vernelis K. Armstrong 2/16/12
 U.S. Magistrate Judge

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JERRY VESTAL, ET AL.<br>　　　　　　Defendants. | Case No. 3:09-CV-1787<br><br>Judge James G. Carr<br><br>Mag. Vernelis K. Armstrong<br><br>**REQUEST FOR EXTENSION OF TIME AND STATUS CONFERENCE**<br><br>Mark R. McBride<br>Gordon C. Magella<br>MARK R. MCBRIDE & ASSOCIATE<br>One South St. Clair St., Suite 2B<br>Toledo, Ohio 43604<br>Tel: (419) 254-1335<br>Fax: (419) 254-1345<br>mmcbride@attorney-cpa.com<br>Attorneys for Defendants,<br>Jerry Vestal, Kimberly Vestal, and<br>Peggy Vertz |

　　　　Now come, Defendants, Jerry Vestal, Kimberly Vestal, and Peggy Vertz f/k/a Peggy Gates, f/k/a Peggy Vestal (hereinafter collectively "Defendants Vestal"), by and through counsel, and request that a telephone status conference be scheduled in this matter and further request an additional extension of time to respond to United States' Motion for Summary Judgment (R. 45).

　　　　On January 6, 2012, the United States filed its Motion for Summary Judgment (R. 45). Defendants Vestal previously requested and were granted an extension of time to respond to the United States' Motion for Summary Judgment. (See R. 46; R. 47).

　　　　Counsel for the parties have discussed a plan for settlement in this matter.  Counsel for the United States, who does not have settlement authority, may be able to make a recommendation for settlement to a duly-authorized representative of the Attorney General of the